UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY STUART HALAJIAN,<br><br>             Plaintiff,<br><br>      v.<br><br>KELLY YOST, et al.,<br><br>             Defendants. | Case No. 2:24-cv-1544-TLN-CSK PS<br><br>ORDER |

     Plaintiff, who proceeds without the assistance of counsel in this case, filed a complaint on June 3, 2024 and paid the filing fee.[1] (ECF No. 1.) In his Complaint, Plaintiff alleges, among other things, violations of his civil rights by Defendants City of Fresno and Kelly Yost (a Fresno City employee). (*See id.*) On July 15, 2024, Defendants filed a motion to dismiss, setting the motion for a hearing before the undersigned on September 19, 2024. (ECF No. 5.)

     A review of the Complaint indicates the alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1

court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In doing so, this Court expresses no opinion on the merits of Plaintiff's claims and Defendants' motion to dismiss. The September 19, 2024 hearing on Defendants' motion to dismiss is vacated. After the transfer to the Fresno Division, Defendants may contact the assigned chambers for available hearing dates and times.

## **ORDER**

Good cause appearing, the Court hereby ORDERS:

1. The September 19, 2024 hearing on Defendants' motion to dismiss is VACATED;
2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and
3. All future filings shall reference the new Fresno case number assigned.

Dated: July 16, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, hala.1544