UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY STUART HALAJIAN,<br><br>             Plaintiff,<br><br>       vs.<br><br>KELLY YOST, in his Official and Private Capacity, the CITY OF FRESNO, A Municipal Corporation, DOES 1-20 inclusive,<br><br>             Defendants. | Case No.: 1:24-cv-00826 JLT SKO<br><br>**ORDER GRANTING MOTION TO REOPEN TIME TO FILE NOTICE OF APPEAL**<br><br>(Doc. 41) |

On April 1, 2025, the Court adopted in full the magistrate judge's recommendation to dismiss this case without leave to amend. (Doc. 39.) Judgment was entered the same day. (Doc. 40.) The Clerk of Court served both the order adopting and the judgment on Plaintiff by U.S. Mail to his address of record, but the Court's mailing was returned as undeliverable. (*See* Docket.) On September 5, 2025, Plaintiff updated his address, (Doc. 42), and filed a motion to reopen the time to file a notice of appeal. (Doc. 41.)

Pursuant to Federal Rule of Appellate Procedure 4(a)(6), this Court may reopen the time to file an appeal for a period of 14 days when all the following conditions are satisfied:

> (A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77 (d) of the entry of the judgment or order sought to be appealed within 21 days after entry;

1

        (B) the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77 (d) of the entry, whichever is earlier; and

        (C) the court finds that no party would be prejudiced.

The Court finds the conditions of Appellate Rule 4(a)(6) are satisfied in this case. The Judgment in this case was returned as undeliverable. On September 5, 2025, Plaintiff filed an affidavit sworn under penalty of perjury indicating that he "just" became aware of the judgment. His motion to re-open, also dated September 5, 2025, was filed within 180 days of the April 1, 2025, judgment. Moreover, Defendant has not objected to the motion to re-open nor can the Court identify any reason why Defendant would be prejudiced if it is granted. Thus, the Cour**t ORDERS**:

    (1) Plaintiff's motion to re-open the time to file a notice of appeal (Doc. 41) is **GRANTED.**

    (2) In accordance with Appellate Rule 4(a)(6), Plaintiff **SHALL** file any notice of appeal within 14 days of the date of this order.

IT IS SO ORDERED.

Dated:   **September 22, 2025**                    _Jennifer L. Thurston_
                                                    UNITED STATES DISTRICT JUDGE